IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSHUA MICHAEL LYNCH | |
| *Plaintiff*, | |
| v. | Case No.: 1:23-CV-00837 |
| FCA US LLC, | |
| *Defendant.* | |

NOW COME the parties, by counsel, and jointly represent to the Court that the underlying claims of the Plaintiff in this case have been resolved by mutual agreement. The parties have not resolved the payment of the Plaintiff's attorney's fees, but this is actively under negotiation. The Parties anticipate full resolution of their case and jointly request the case be stayed for 60 days to report back as to whether the case has been resolved to the satisfaction of all parties.

Respectfully Submitted,

JOSHUA MICHAEL LYNCH

By: /s/ James B. Feinman

James B. Feinman, Esq. (VSB # 28125)
P.O. Box 697
Lynchburg, VA 24505
434-846-7603 (ph.)
434-846-0158 (fax)
jb@jfeinman.com

FCA US LLC

By: /s/ Michael J. Gregg

Michael J. Gregg, Esq. (VSB #94531)
RoseWaldorf PLLC
501 New Karner Road, Suite 7
Albany, NY 12205
(518) 869-9200 (ph.)
mgregg@rosewaldorf.com