UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOSHUA MICHAEL LYNCH,<br><br>        Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>        Defendant. | CASE NO.: 1:23-cv-00837-PTG-IDD<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties. All parties to bear their own fees and costs.

Dated:  December 19, 2023

                  **JAMES B. FEINMAN & ASSOCIATES**

                  By: /s/ James B. Feinman
                     James B. Feinman, Esq. (VSB No. 28125)
                     P.O. Box 697
                     Lynchburg, Virginia 24505
                     (434) 846-7603
                     jb@jfeinman.com
                     *Attorney for Plaintiff*

Dated:  December 19, 2023

                  **ROSEWALDORF PLLC**

                  By: /s/ Mark W. Skanes
                     Mark W. Skanes, Esq. (VSB No. 86953)
                     501 New Karner Road
                     Albany, New York 12205
                     (518) 869-9200
                     mskanes@rosewaldorf.com
                     *Attorneys for Defendant*

SO ORDERED
December 19, 2023

/s/
Patricia Tolliver Giles
United States District Judge